UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09 CR 32 RWS |
| ) | |
| TIMOTHY JAMES RAPPLEANO, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing as to defendant **Timothy James Rappleano** is set for **Tuesday, October 20, 2009 at 2:00 p.m.** in Courtroom 10-South.

                                                                                     _____
                                                                                     RODNEY W. SIPPEL
                                                                                     UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2009.