UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09 CR 32 RWS |
| ) | |
| ROBERT ALLEN TURNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the change of plea hearing as to defendant **Robert Allen Turner** is set for **Thursday, October 22, 2009 at 1:30 p.m.** in Courtroom 10-South.

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of October, 2009.